# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jessica Anlauf,<br><br>   Plaintiff,<br>v.<br><br>Dynamic Recovery Solutions, LLC,<br><br>   Defendant. | Case No.: 0:20-cv-2268-ECT-TNL<br><br>**NOTICE OF SETTLEMENT OF ATTORNEY'S FEES AND COSTS PURSUANT TO 15 U.S.C. § 1692k(a) WITH PROOF OF SERVICE** |

  Plaintiff and Defendant, through the undersigned counsel, hereby give Notice of Settlement of the Plaintiff's Motion for Attorney's Fees and Costs in this matter [Dkt. #12] based upon the statutory authority of 15 U.S.C. § 1692k(a), 15 U.S.C. § 1692k(a)(3), and 28 U.S.C. §§ 1920 and 1924, as well as the authority of the Federal Rules of Civil Procedure. The parties ask the Court to vacate all pending deadlines in this matter.

              Respectfully submitted,

              **THE BARRY LAW OFFICE, LTD**

Dated: January 19, 2021     By: s/ Peter F. Barry
              Peter F. Barry, Esq.
              Attorney I.D.#0266577
              2828 University Ave. SE, Suite 202
              Minneapolis, Minnesota 55414-4127
              Telephone: (612) 379-8800
              pbarry@lawpoint.com

              *Attorney for Plaintiff*

Dated: January 19, 2021     /s/Bradley R. Armstrong
              Bradley R. Armstrong (Minn. Bar #393524)
              Moss & Barnett, PA
              150 South Fifth Street, Suite 1200
              Minneapolis, MN 55402

Telephone: (612) 877-5359
Facsimile: (612) 877-5034
E-mail:  Bradley.Armstrong@lawmoss.com

***Attorney for Defendant Dynamic Recovery Solutions, LLC***

Telephone: (612) 877-5359
Facsimile: (612) 877-5034
E-mail:  Bradley.Armstrong@lawmoss.com

***Attorney for Defendant Dynamic Recovery Solutions, LLC***

## Proof of Service

I, the Peter F. Barry, declare under the penalties of perjury as follows: I am over the age of 18 years, and not a party to this action. I am employed by The Barry Law Office, Ltd located at 2828 University Ave Se, #202, Minneapolis, MN 55414. On the same day as this declaration was executed, I electronically filed the following documents:

**NOTICE OF SETTLEMENT OF
ATTORNEY'S FEES AND COSTS PURSUANT TO 15 U.S.C. § 1692k(a)
WITH PROOF OF SERVICE**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) on the following parties through counsel in this action, and have sent a courtesy copy of the same by electronic mail to as indicated below:

> Mr. Bradley R. Armstrong, Esq. (Minn. Bar #393524)
> Moss & Barnett, PA
> 150 South Fifth Street, Suite 1200
> Minneapolis, MN 55402
> E-mail: Bradley.Armstong@lawmoss.com
> ***Attorney for Defendant Dynamic Recovery Solutions, LLC***

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this, the 19th day of January, 2021.

Respectfully submitted,

**THE BARRY LAW OFFICE, LTD**

Dated: January 19, 2021

By: s/ Peter F. Barry
Peter F. Barry, Esq.
Attorney I.D.#0266577
2828 University Ave. SE, Suite 202
Minneapolis, Minnesota 55414-4127
Telephone: (612) 379-8800

pfb/ra

pbarry@lawpoint.com

***Attorney for Plaintiff***